04/29/2020 01:06 PM PDT                                                                                                                                      Version 7.0.1   Page 1   of 4

# U.S. Courts
## Case Inquiry Report
**Case Number: DMAX118CV012595; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Case Number**  DMAX118CV012595    **Case Title**  STUBBS v. FEDERAL BUREAU OF PRISONS ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | MAXA018839 | JONATHAN STUBBS | MAXAPCCA7826 | PLRA FILING FEE 5100PL | | 190.00 | 190.00 | 0.00 |
| 001 | MAXA018839 | JONATHAN STUBBS | MAXAPCCA7826 | PLRA FILING FEE 0869PL | | 60.00 | 60.00 | 0.00 |
| 001 | MAXA018839 | JONATHAN STUBBS | MAXAPCCA7826 | PLRA FILING FEE 086400 | | 100.00 | 96.40 | 3.60 |
| | | | | | | 350.00 | 346.40 | 3.60 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

# U.S. Courts
## Case Inquiry Report
Case Number: DMAX118CV012595; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | MAXA018839 | JONATHAN STUBBS |

**Debt Type**
PLRA FILING FEE 5100PL

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 5100PL | | | N/A |
| **Owed** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Collected** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 190.00 | 0.00 | N/A | 190.00 |

PLRA FILING FEE 0869PL

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 0869PL | | | N/A |
| **Owed** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Collected** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 60.00 | 0.00 | N/A | 60.00 |

PLRA FILING FEE 086400

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 086400 | | | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 96.40 | 0.00 | 0.00 | 96.40 |
| **Outstanding** | 3.60 | 0.00 | 0.00 | 3.60 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |

04/29/2020 01:06 PM PDT                                                                                                                  Version 7.0.1   Page  3    of   4

## U.S. Courts
### Case Inquiry Report
Case Number: DMAX118CV012595; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|             | Principal | Interest | Penalty | Total  |
|-------------|-----------|----------|---------|--------|
| **Refunded**    | 0.00      | 0.00     | N/A     | 0.00   |
| **Available**   | 96.40     | 0.00     | N/A     | 96.40  |

**Totals**

|             | Principal | Interest | Penalty | Total  |
|-------------|-----------|----------|---------|--------|
| **Owed**        | 350.00    | 0.00     | 0.00    | 350.00 |
| **Collected**   | 346.40    | 0.00     | 0.00    | 346.40 |
| **Outstanding** | 3.60      | 0.00     | 0.00    | 3.60   |
| **Apportioned** | 0.00      | 0.00     | N/A     | 0.00   |
| **Paid**        | 0.00      | 0.00     | N/A     | 0.00   |
| **Refunded**    | 0.00      | 0.00     | N/A     | 0.00   |
| **Available**   | 346.40    | 0.00     | N/A     | 346.40 |

04/29/2020 01:06 PM PDT                                                                                       Version 7.0.1  Page 4   of  4

## U.S. Courts
## Case Inquiry Report
**Case Number: DMAX118CV012595; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | | | |
| CCR MAXCCA19-CT-1BST074172 | 29-APR-19 | 29-APR-19 | PR | 95.40 | JONATHAN STUBBS | O | 04 | 5100PL |
| DMAX118CV012595-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CCR MAXCCA19-CT-1BST074406 | 15-MAY-19 | 15-MAY-19 | PR | 80.00 | JONATHAN STUBBS | O | 04 | 5100PL |
| DMAX118CV012595-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC MAXCCA19-1BST075390 | 16-JUL-19 | 16-JUL-19 | PR | 14.60 | JONATHAN STUBBS | O | 04 | 5100PL |
| DMAX118CV012595-001 | 1 | PLRA FILING FEE 5100PL | | | | | | |
| CTC MAXCCA19-1BST075390 | 16-JUL-19 | 16-JUL-19 | PR | 45.40 | JONATHAN STUBBS | O | 04 | 086400 |
| DMAX118CV012595-001 | 3 | PLRA FILING FEE 086400 | | | | | | |
| CTC MAXCCA19-1BST075390 | 16-JUL-19 | 16-JUL-19 | PR | 60.00 | JONATHAN STUBBS | O | 04 | 0869PL |
| DMAX118CV012595-001 | 2 | PLRA FILING FEE 0869PL | | | | | | |
| CTC MAXCCA20-1BST078972 | 28-FEB-20 | 28-FEB-20 | PR | 31.72 | JONATHAN STUBBS | O | 04 | 086400 |
| DMAX118CV012595-001 | 3 | PLRA FILING FEE 086400 | | | | | | |
| CTC MAXCCA20-1BST079798 | 23-APR-20 | 23-APR-20 | PR | 19.28 | JONATHAN STUBBS | O | 04 | 086400 |
| DMAX118CV012595-001 | 3 | PLRA FILING FEE 086400 | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |
| CTC | Cash Receipt - Courts CCA Automated |